**FILED**

FEB 08 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

CARROLL, T. #WB1153
CCWF, 504-120
P.O. BOX 1508
CHOWCHILLA, CA 93610

U.S. DISTRICT COURT (NORTHERN, CA)

TREMAYNE CARROLL,
LATASHA BROWN,
    PLAINTIFFS

NEWSOM, CDCR, ACTING
WARDEN PAT VASQUEZ

CASE NO. 2:23-CV 0241- DMC PC
TEMPORARY RESTRAINING ORDER, PRE-
LIMINARY INJUNCTIVE RELIEF, RELEASE
TO COMMUNITY, TRANSFER TO FEDERAL
CUSTODY OR OUT-OF-STATE, IMMINENT
DANGER, PREA SB132

THE LIVES OF PLAINTIFFS TREMAYNE CARROLL AND LATASHA BROWN ARE IN IMMINENT DANGER AFTER BOTH REPORTED BEING PREA VICTIMS OF FORMER ACTING WARDEN MIKE PALLARES AND FORMER OFFICER GREG RODRIGUEZ IN CCWF SEXUAL ABUSE SCANDAL- CDCR "GREEN WALL" HAS TAKEN "MEXICAN MAFIA" APPROACH TO RETALIATING AGAINST PLAINTIFFS. THIS HONORABLE COURTS 07/02/20 TRO FOR PLAINTIFF CARROLL AS INMATE #1 IN ARMSTRONG V. NEWSOM ACKNOWLEDGED THE NEED FOR PROTECTION. BOTH PLAINTIFFS COMING FORWARD IN CCWF'S SEXUAL ABUSE SCANDAL MAKES IT UNSAFE FOR THEM TO HOUSE AT CCWF AND ITS IMPOSSIBLE FOR PLAINTIFF CARROLL TO EVER HOUSE IN ANY MENS PRISON, PER SB132 AND THE NOTORIETY OF HER ROLE IN GETTING BODY CAMERAS IMPLIMENTED. ADDITIONALLY, PLAINTIFF BROWN HAS SHARED TARGET SINCE BEFRIENDING PLAINTIFF CARROLL
THE ABOVE IS TRUE TO MY KNOWLEDGE.

TC  01/26/23

P.C. 1258

DECLARATION

I, TREMAYNE CARROLL, DECLARE I WAS FORCED TO PERFORM ORAL SEX ON FORMER CCWF ACTING WARDEN MIKE PALLARES AND FORMER OFFICER GREG RODRIGUEZ IN CCWF BPH ROOM IN THIS RECENT CCWF SEXUAL ABUSE SCANDAL. I'VE LEARNED THAT AT LEAST (3) OTHER SB132 TRANSWOMEN WERE ALSO FORCED INTO SIMILIAR SEX ACTS WITH THE SAME CCWF STAFF IN EXCHANGE FOR CCWF NOT SENDING US BACK TO MENS PRISONS. CCWF HAS ALLOWED EACH OF US TO BE PHYSICALLY/SEXUALLY ASSAULTED WITH NO CONSEQUENCE; WHILE EACH (4) OF US (CARROLL, ROBERTSON, LIPSEY, FOX) ARE ALL BEING TORTURED AND RETALIATED AGAINST IN CCWF AD-SEG FOR MANUFACTURED ALLEGATIONS. PLAINTIFF BROWN WAS FORCED TO HAVE SEX WITH ACTING WARDEN MIKE PALLARES IN EXCHANGE FOR HIS PROMISE TO RECOMMEND HER FOR RECALL OF SENTENCING PER 1170. ALL (5) OF US ARE LGBTQ/SB132 AND NONE OF US WILL BE SAFE IN ANY MENS PRISON NOR CCWF (WHERE OUR LIVES ARE IN IMMINENT DANGER).

01/26/23

P.C. 1258

State of California    Case 2:23-cv-00241-DMC   Document 1   Filed 02/03/23   Page 3 of 4   Department of Corrections & Rehabilitation

Attachment C

# CONFIDENTIAL

## VICTIMS OF SEX CRIMES
Acknowledgment of California Penal Code Section 293(a)
Notification/Request for Confidentiality of Information

| DATE | TYPE OF CRIME | CASE NUMBER |
|---|---|---|
| 1/25/2023 | Force of Violence – PREA – Battery on Inmate - Sexual | |

California Penal code Section 293(a) states: "Any employee of a law enforcement agency who personally receives a report from any person, alleging that the person making the report has been the victim of a sex offense, shall inform that person that his or her name will become a matter of public record unless he or she requests that it not become a matter of public record, pursuant to Section 6254 of the Government Code."

## ADMONISHMENT

Pursuant to California Penal Code Section 293(a) and California Government Code Section 6254(f), you are informed that your name will be a matter of public record unless you request that it not become a matter of public record.

I, _____ having been informed of the above right, under California Penal Code Section 293(a) and Government code Section 6254(f), elect to exercise my right, and by so doing understand that my name will not become a matter of public record. I further understand that under Penal code Section 293(c)(d), notwithstanding the above, my name may be disclosed to the prosecutor, parole officer of the Department of Corrections, hearing officers of the parole authority, or other person or public agencies where authorized or required by law. I understand if my name cannot be used, the investigation of my allegations and subsequent prosecution of the suspect may be hampered.

I, TERMAINE CARROLL having been informed of the above right, elect to waive my right to privacy. I understand that my name may become a matter of public record and may become available for publication.

Signature of Alleged Victim or (Parent/Guardian)

Victims Signature: [signature]    Date: 1/25/23

### VICTIM INFORMATION

| LAST NAME, FIRST, MIDDLE | | PRISON NUMBER | DATE OF BIRTH | |
|---|---|---|---|---|
| Carroll, Termaine | | WB1153 | 08/07/1972 | |
| ADDRESS (INSTITUTION & HOUSING LOCATION) | | SEX | ETHNIC | AGE |
| 504-120L | | F | Black | 50 |
| CITY | STATE | ZIP | TELEPHONE NUMBER | |

| REPORTING EMPLOYEE (PRINT) | REPORTING EMPLOYEE'S SIGNATURE | BADGE NUMBER |
|---|---|---|
| R. Madruga | [signature] | 66985 |

This form must be attached to all criminal reports relating to the following Penal code Sections, 220, 261, 261.5, 262, 264, 264.1, 286, 288, 288a, and 289

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS & REHABILITATION |
|---|---|---|
| | | CDC-128B (Rev. 4/74) |
| NAME AND NUMBER: CARROLL | CDCR NUMBER: WB1153 | HOUSING: 504-120-1L |

On Sunday, January 22, 2023, at 1020 hours, HCA Captain J. Thissen interviewed inmate Carroll, WB1153, 504-1201L, in a confidential setting in Building 504 in regards to her hunger strike. Inmate Carroll was encouraged to consume state food; however, she declined the offer by stating she is in fear of Central California Women's Facility (CCWF) staff contaminating her food out of retaliation. I offered inmate Carroll pre-packaged state issued lunches; however, she declined the offer by stating she does not know who packages them; therefore, she does not trust they are not contaminated as well. Inmate Carroll was asked if she is consuming water and she confirmed she is drinking small amounts of water as she believes the CCWF water source is also contaminated. Inmate Carroll was asked why she refuses to allow medical staff to take her vital signs and/or weight during her hunger strike and she explained she fears if medical staff confirm she has lost a significant amount of body weight, "decisions" will be made on her behalf. Additionally, inmate Carroll stated she is not feeling well, but did not want to provide details as she fears it will result in "decisions" being made on her behalf. Inmate Carroll further stated she does not like to come out of her cell for medical evaluations as she believes custody staff with either search her cell and/or plant something in her cell. Inmate Carroll noted her hearing aid has been missing since yesterday, January 21, 2023. I asked inmate Carroll if she believes staff took her hearing aid or if it is possible she misplaced it. Inmate Carroll stated it is possible she misplaced her own hearing aid. I advised inmate Carroll custody and medical staff will continue their efforts to encourage her to consume food/liquids and participate in medical evaluations. Inmate Carroll stated she had nothing further to discuss and the interview was concluded.

Effective Communication: Inmate Carroll has a Test of Adult Basic Education (TABE) score of 12.9. She is a participant in the Mental Health Services Delivery System (MHSDS) at the Correctional Clinical Case Management Section (CCCMS) level of care. She is not a participant in the Developmental Disability Program (DDP). She is a participant in the Disability Placement Program (DPP) noting she is DPW (permanent wheelchair user – impacting placement) and DNH (hearing impaired – not impacting placement). Inmate Carroll's primary method of communication is "Hearing Aids;" however, inmate Carroll confirmed she could not locate her hearing aid on the date of the interview. Inmate Carroll's alternate method of communication is "Reads Lips;" therefore, I maintained at least six feet of distance between myself and inmate Carroll, removed my face mask, and faced inmate Carroll so she could read my lips. I stated, "An apple fell from the tree" and inmate Carroll repeated the statement to me; therefore confirming effective communication was achieved.

_____  1/22/23
J. Thissen, HCA Captain        Date:

cc:   C-file
      Inmate

Date: 1/22/2023                **GENERAL CHRONO**                INST: CCWF