1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     TREMAYNE CARROLL, et al.,              No.  2:23-cv-0241 DMC P

12                    Plaintiffs,

13          v.

14     NEWSOM, et al.,                        ORDER

15                    Defendants.

16

17          Plaintiffs, state prisoners proceeding pro se, have filed a civil rights action pursuant to 42

18     U.S.C. § 1983.  In their complaint, plaintiffs allege violations of their civil rights by defendants.

19     The alleged violations took place in Madera County, which is part of the Fresno Division of the

20     United States District Court for the Eastern District of California.  See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22     division of a court may, on the court's own motion, be transferred to the proper division of the

23     court.  Therefore, this action will be transferred to the Fresno Division of the court.

24          Good cause appearing, IT IS HEREBY ORDERED that:

25          1.  This action is transferred to the United States District Court for the Eastern District of

26     California sitting in Fresno; and

27     /////

28     /////

1

1      2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3                          United States District Court
                           Eastern District of California
                           2500 Tulare Street
4                          Fresno, CA 93721

5
   Dated:  February 14, 2023
6
                                                    _____
7                                                   DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28